FILED
2016 Apr-28  PM 01:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| RUBY COLLE, and QUENTIN COLLIE,<br><br>   Plaintiffs,<br><br>   vs.<br><br>GENERAL MOTORS LLC, FURUKAWA ELECTRIC NORTH AMERICA APD, INC., FURUKAWA ELECTRIC CO. LTD<br><br>   Defendants. | 7:16-cv-00505-LSC |

ORDER

The Defendant identified as Furukawa Electric Co., Ltd. filed a motion to dismiss under Fed. Rule Civ. P. 12(b)(5) for insufficient service of process. This case, however, was transferred by the Judicial Panel on Multi-district Litigation to the Southern District of New York for consolidated proceedings pursuant to 28 U.S.C. § 1407 on April 11, 2016. Accordingly, all further pleadings must be filed with that Court. Furukawa Electric Co.'s motion is therefore struck.

Done and Ordered this 28th day of April 2016.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
182185